```
QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700                    OK/HAV
Telecopier:(916) 498-5710

Attorneys for Defendant
JOSEPH McELROY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR S-05-167-DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION VACATING TRIAL |
| v. ) | CONFIRMATION HEARING AND TRIAL |
| ) | DATE, SCHEDULING STATUS |
| JOSEPH McELROY, ) | CONFERENCE AND EXCLUDING TIME; |
| ) | PROPOSED ORDER |
| Defendant. ) | |
| ) | |
| _____ ) | Judge: Hon. David F. Levi |

Plaintiff United States of America and Defendant JOSEPH McELROY, through their respective attorneys, hereby stipulate and agree to vacate the current trial confirmation hearing and jury trial dates, and schedule a status conference in this matter for July 14, 2005, at 10:00 a.m.  The parties have met and conferred regarding this case and the discovery released to date shows that the underlying events alleged in the indictment involve activities in the United States, Canada, and the United Kingdom.  The defense needs additional time to investigate these activities.

The parties further stipulate and agree that the time period from June 7, 2005, to July 14, 2005, be excluded under the Speedy Trial Act,

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to
2  grant such a continuance would deny counsel for the defendants the
3  reasonable time necessary for effective preparation, taking into
4  account the exercise of due diligence.

5       Dated: June 7, 2005            Respectfully submitted,

6  McGREGOR W. SCOTT                   QUIN DENVIR
   United States Attorney              Federal Defender
7

8
   /s/ Kenneth J. Melikian             /s/ Daniel J. Broderick
9  KENNETH J. MELIKIAN                 DANIEL J. BRODERICK
   Assistant U.S. Attorney             Chief Assistant Federal Defender
10
   Attorneys for Plaintiff             Attorneys for Defendant
11 UNITED STATES OF AMERICA            JOSEPH McELROY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR S-05-167-DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER VACATING TRIAL CONFIRMATION |
| v. | ) | AND JURY TRIAL DATES AND |
| | ) | SCHEDULING STATUS CONFERENCE |
| JOSEPH McELROY, | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. David F. Levi |
| | ) | |
| _____ | ) | |

Pursuant to the stipulation of the parties, filed on June 7, 2005, IT IS HEREBY ORDERED that the trial confirmation and jury trial dates presently scheduled in this case are vacated, and a status conference is scheduled for July 14, 2005, at 10:00 a.m.  IT IS FURTHER ORDERED that, for the reasons stated in the stipulation, the time period from June 7, 2005, to July 14, 2005, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: June 9, 2005

_____
DAVID F. LEVI
United States District Judge