QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700    **OK/HAV**
Telecopier:(916) 498-5710

Attorneys for Defendant
JOSEPH McELROY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR S-05-167-DFL |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION CONTINUING STATUS |
| v. | ) CONFERENCE AND EXCLUDING TIME; |
|  | ) PROPOSED ORDER |
| JOSEPH McELROY, | ) |
|  | ) |
| Defendant. | ) Judge: Hon. David F. Levi |
| _____ | ) |

    A status conference is currently scheduled in this case for Thursday, November 10, 2005.  Plaintiff United States of America and Defendant JOSEPH McELROY, through their respective attorneys, hereby stipulate and agree to continue the status conference until Thursday, December 1, 2005.  Mr. McElroy's counsel has reviewed the discovery in the possession of the FBI and arrangements have been made for the copying and release of data on Mr. McElroy's computer hard drive.  That copying has not yet been completed.  After receipt of this information, the defense will need additional time to investigate information that it anticipates is contained therein.

    In light of this, the parties further stipulate and agree that the

1  time period from today, November 7, 2005, to December 1, 2005, be
2  excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and
3  Local Code T4, because the failure to grant such a continuance would
4  deny counsel for the defendants the reasonable time necessary for
5  effective preparation, taking into account the exercise of due
6  diligence.

7       Dated: November 7, 2005         Respectfully submitted,

8  McGREGOR W. SCOTT                    QUIN DENVIR
   United States Attorney               Federal Defender
9

10
   /s/ Kenneth J. Melikian              /s/ Daniel J. Broderick
11 KENNETH J. MELIKIAN                  DANIEL J. BRODERICK
   Assistant U.S. Attorney              Chief Assistant Federal Defender
12
   Attorneys for Plaintiff              Attorneys for Defendant
13 UNITED STATES OF AMERICA             JOSEPH McELROY

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR S-05-167-DFL |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER CONTINUING STATUS CONFERENCE |
| JOSEPH McELROY, | ) ) | |
| Defendant. | ) | Judge: Hon. David F. Levi |
| _____ | ) ) ) | |

   Pursuant to the stipulation of the parties, filed on November 7, 2005, IT IS HEREBY ORDERED that the status conference in this case currently scheduled for November 10, 2005, shall be continued to December 1, 2005, at 10:00 a.m.  IT IS FURTHER ORDERED that, for the reasons stated in the stipulation, the time period from November 7, 2005, to December 1, 2005, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   Dated: November 8, 2005

_____
DAVID F. LEVI
United States District Judge

1