QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Telecopier:(916) 498-5710

Attorneys for Defendant
JOSEPH McELROY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR S-05-167-DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION CONTINUING STATUS |
| v. | ) | CONFERENCE AND EXCLUDING TIME; |
| | ) | PROPOSED ORDER |
| JOSEPH McELROY, | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. David F. Levi |
| | ) | |
| _____ | ) | |

A status conference is currently scheduled in this case for Thursday, January 12, 2006.  Plaintiff United States of America and Defendant JOSEPH McELROY, through their respective attorneys, hereby stipulate and agree to continue the status conference until Thursday, February 23, 2006 at 10:00 a.m.  Mr. McElroy's counsel is continuing to investigate this case and needs additional time to prepare.

In light of this, the parties further stipulate and agree that the time period from today, January 11, 2006, to February 23, 2006, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for

1   effective preparation, taking into account the exercise of due

2   diligence.

3        Dated: January 11, 2006          Respectfully submitted,

4   McGREGOR W. SCOTT                     DENNIS WAKS
    United States Attorney                Acting Federal Defender

5

6

    /s/ Kenneth J. Melikian              /s/ Daniel J. Broderick
7   KENNETH J. MELIKIAN                   DANIEL J. BRODERICK
    Assistant U.S. Attorney               Chief Assistant Federal Defender

8
    Attorneys for Plaintiff               Attorneys for Defendant
9   UNITED STATES OF AMERICA              JOSEPH McELROY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  NO. CR S-05-167-DFL |
| Plaintiff, | ) |
| v. | )  ORDER CONTINUING STATUS<br>)  CONFERENCE |
| JOSEPH McELROY, | ) |
| Defendant. | )  Judge: Hon. David F. Levi |
| _____ | ) |

Pursuant to the stipulation of the parties, filed on January 11, 2006, IT IS HEREBY ORDERED that the status conference in this case currently scheduled for January 12, 2006, shall be continued to February 23, 2006, at 10:00 a.m.  IT IS FURTHER ORDERED that, for the reasons stated in the stipulation, the time period from January 11, 2006, to February 23, 2006, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: January 11, 2006

_____
DAVID F. LEVI
United States District Judge

1