```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  801 I Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 498-5700

 4  Attorneys for Defendant
    JOSEPH McELROY
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR S-05-167-DFL-GGH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER SHORTENING TIME TO HEAR |
| v. | ) | MOTION TO REVOKE DETENTION ORDER |
| | ) | |
| JOSEPH McELROY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

After review of Defendant's Motion to Revoke the Detention Order in this case, and for the reasons outlined in the accompanying memorandum, IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3145(b), the motion to shorten time is granted.

IT IS FURTHER ORDERED that Defendant's Motion to Revoke the Detention Order shall be calendared for Monday, February 27, 2006, at 2:00 p.m. on the criminal duty calendar.  A copy of this Order shall be served upon Pre-Trial Services officer Sandra Hall.

Dated: 2/23/06                    /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  United States Magistrate Judge

Mcelroy.ost