```
DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Telecopier:(916) 498-5710                    OK/HAV

Attorney for Defendant
JOSEPH McELROY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR S-05-167-DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION CONTINUING STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME; |
| ) | ORDER |
| JOSEPH McELROY, ) | |
| ) | Date:  June 15, 2006 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. David F. Levi |
| _____ ) | |

    A status conference in this matter is currently scheduled for Thursday, May 25, 2006.  Plaintiff United States of America and Defendant JOSEPH McELROY, through their respective attorneys, hereby stipulate and agree to continue the status conference until Thursday, June 15, 2006 at 10:00 a.m.

    The investigation of this case is ongoing and Mr. McElroy's attorney needs additional time to prepare.

    The parties further stipulate and agree that the time period from today, May 24, 2006, to June 15, 2006 be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such a continuance would deny counsel for the

defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: May 24, 2006                     Respectfully submitted,


                                        /s/ Daniel J. Broderick
                                        DANIEL J. BRODERICK
                                        Acting Federal Defender
                                        Attorney for Defendant
                                        JOSEPH MCELROY

Dated:  May 24, 2006

                                        McGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ Kenneth J. Melikian
                                        KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## O R D E R

   IT IS HEREBY ORDERED that the status conference in this case, currently scheduled for May 25, 2006, shall be continued to June 15, 2006 at 10:00 a.m.  IT IS FURTHER ORDERED that, for the reasons stated in the stipulation, the time period from May 24, 2006 to June 15, 2006, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: May 26, 2006

                                        /s/ David F. Levi
                                        DAVID F. LEVI
                                        United States District Judge




Stipulation & Order/CR-S-05-167-DFL     2