```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  801 I Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 498-5700
    Telecopier:(916) 498-5710
 4
    Attorney for Defendant
 5  JOSEPH McELROY

 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) NO. CR S-05-167-DFL
                                 )
12            Plaintiff,         )
                                 ) STIPULATION CONTINUING STATUS
13       v.                      ) CONFERENCE AND EXCLUDING TIME;
                                 ) ORDER
14  JOSEPH McELROY,              )
                                 ) Date: November 30, 2006
15            Defendant.         ) Time: 10:00 a.m.
                                 ) Judge: Hon. David F. Levi
16  _____ )

17
```

18       A status conference in this matter is currently scheduled for
19  November 2, 2006.  Plaintiff United States of America and Defendant
20  JOSEPH McELROY, through their respective attorneys, hereby stipulate
21  and agree to continue the status conference until November 30, 2006 at
22  10:00 a.m.
23       The investigation of this case is ongoing and Mr. McElroy's
24  attorney needs additional time to prepare.
25       The parties further stipulate and agree that the time period from
26  today, November 1, 2006, to November 30, 2006 be excluded under the
27  Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4,
28  because the failure to grant such a continuance would deny counsel for

1  the defendant the reasonable time necessary for effective preparation,
2  taking into account the exercise of due diligence.
3  Dated: November 1, 2006          Respectfully submitted,

/s/ Daniel J. Broderick
DANIEL J. BRODERICK
Federal Defender
Attorney for Defendant
JOSEPH MCELROY

Dated:  November 1, 2006

McGREGOR W. SCOTT
United States Attorney

/s/ Kenneth J. Melikian
KENNETH J. MELIKIAN
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

IT IS HEREBY ORDERED that the status conference in this case, currently scheduled for November 2, 2006, shall be continued to November 30, 2006 at 10:00 a.m.  IT IS FURTHER ORDERED that, for the reasons stated in the stipulation, the time period from November 1, 2006 to November 30, 2006, be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: November 2, 2006
/s/ David F. Levi
DAVID F. LEVI
United States District Judge

Stipulation & Order/CR-S-05-167-DFL        2