```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Telecopier:(916) 498-5710                    OK/HAV

Attorney for Defendant
JOSEPH McELROY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>JOSEPH McELROY,<br><br>           Defendant.<br>_____ | NO. CR S-05-167-DFL<br><br>STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; ORDER<br><br>Date: December 14, 2006<br>Time: 10:00 a.m.<br>Judge: Hon. David F. Levi |

    A status conference in this matter is currently scheduled for November 30, 2006.  Plaintiff United States of America and Defendant JOSEPH McELROY, through their respective attorneys, hereby stipulate and agree to continue the status conference until December 14, 2006 at 10:00 a.m.

    The investigation of this case is ongoing.  The defense needs additional time to complete this investigation.  In addition, the attorney for the government and Mr. McElroy's attorney are engaged in discussions attempting to resolve this case.

    The parties further stipulate and agree that the time period from today, November 27, 2006, to December 14, 2006 be excluded under the

1  Speedy Trial Act, 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4,
2  because the failure to grant such a continuance would deny counsel for
3  the defendant the reasonable time necessary for effective preparation,
4  taking into account the exercise of due diligence.
5  Dated: November 27, 2006           Respectfully submitted,

7                                     /s/ Daniel J. Broderick
                                      DANIEL J. BRODERICK
8                                     Federal Defender
                                      Attorney for Defendant
9                                     JOSEPH MCELROY
10 Dated:  November 27, 2006
11                                    McGREGOR W. SCOTT
                                      United States Attorney

13                                    /s/ Kenneth J. Melikian
                                      KENNETH J. MELIKIAN
14                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff

16                             **O R D E R**

17     IT IS HEREBY ORDERED that the status conference in this case,
18 currently scheduled for November 30, 2006, shall be continued to
19 December 14, 2006 at 10:00 a.m.  IT IS FURTHER ORDERED that, for the
20 reasons stated in the stipulation, the time period from November 27,
21 2006 to December 14, 2006, be excluded under the Speedy Trial Act, 18
22 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, because the failure to
23 grant such a continuance would deny counsel for the defendant the
24 reasonable time necessary for effective preparation, taking into
25 account the exercise of due diligence.
26 Dated: November 28, 2006
                                       /s/ David F. Levi
27                                     DAVID F. LEVI
                                       United States District Judge
28

Stipulation & Order/CR-S-05-167-DFL       2