McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700          **OK/HAV**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>            Plaintiff,          )<br>                                )<br>                                )<br> JOSEPH McELROY,                )<br>                                )<br>            Defendant.          )<br>_____) | CR. NO. S-05-167 DFL<br><br>STIPULATION; ORDER |

   Defendant Joseph McElroy, through Federal Defender Daniel J. Broderick, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree that the trial confirmation hearing scheduled for January 25, 2007, be vacated. The parties further stipulate that a trial confirmation hearing be placed on the court's February 8, 2007, calendar at 10:00 a.m.
   A jury trial in this case is scheduled to start on February 26, 2007, and the parties are not requesting any change in that date.
///
///
///

1

1     Additionally, the court has already excluded time through
2 February 26, 2007, from computation under the Speedy Trial Act
3 pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)).
4 DATED: January 24, 2007      Very truly yours,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                            By:/s/ Kenneth J. Melikian
                                KENNETH J. MELIKIAN
                                Assistant U.S. Attorney

10 DATED: January 24, 2007      /s/ Kenneth J. Melikian
                                DANIEL J. BRODERICK
                                Attorney for Defendant
                                (Signed by Kenneth J. Melikian
                                 per authorization by Daniel J.
                                 Broderick)

15     IT IS SO ORDERED.

17 DATED: 01/25/2007           /s/ David F. Levi
                                HONORABLE DAVID F. LEVI
                                U.S. District Court Judge