McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-05-167 DFL |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER |
| | ) | DISMISSING INDICTMENT |
| v. | ) | |
| | ) | |
| JOSEPH McELROY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by and through its undersigned attorney, Kenneth J. Melikian, Assistant United States Attorney, respectfully requests that this Court dismiss the above-captioned Indictment, without prejudice, against defendant JOSEPH McELROY.

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 13, 2007                McGREGOR W. SCOTT
                                        United States Attorney


                                        By:/s/ Kenneth J. Melikian
                                           KENNETH J. MELIKIAN
                                           Assistant U.S. Attorney

1

<u>O R D E R</u>

   IT IS ORDRED THAT the above-captioned Indictment be and is hereby dismissed, without prejudice, against JOSEPH McELROY.

DATED: 2/13/2007

                              _____
                              DAVID F. LEVI
                              United States District Judge